UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMIE PATTERSON,

                Petitioner,

-vs-                                  Case No.  8:03-cv-411-T-17TBM

JAMES V. CROSBY, JR.,

                Respondent.
_____

### ORDER

The Court denied Petitioner Jamie Patterson (Patterson's) 28 U.S.C. § 2254 petition for writ of habeas corpus.  Judgment was entered on July 20, 2005, and a copy of the judgment along with a Civil Appeals Jurisdiction Checklist was mailed to Patterson on that date. (See Doc. No. 18).  The document was not returned to this Court as undeliverable.

On October 17, 2005, the United States Court of Appeals for the Eleventh Circuit received a belated application for certificate of appealability and a motion for leave to appeal in forma pauperis from Patterson.  The Eleventh Circuit forwarded those documents to this court.  This Court construed the application for certificate of appealability (Doc. No. 19) as a Notice of Appeal, which, pursuant to the Federal Rules of Civil Procedure, is not timely filed.

To the extent that this Court has jurisdiction to rule on the pending motions, it will do so. To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the

procedural issues he seeks to raise.  See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1]  Petitioner has failed to meet this standard.  Therefore, Petitioner has failed to satisfy the Slack test.

Accordingly, the Court orders:

1. That Petitioner's application for appealability (Doc. No. 19) is denied.

2. That Petitioner motion for leave to appeal in forma pauperis (Doc. No. 21) is denied.

ORDERED in Tampa, Florida, on October 26, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Jamie Patterson

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard.  See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).